IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DOORAGE, INC., | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CASE NO. 1:20-CV-00421 |
| BLUE CRATES, LLC., | § § § | |
| Defendant. | § | JUDGE GARY FEINERMAN |

## JOINT STATUS REPORT

Plaintiff, DOORAGE, INC., by and through its attorneys, Sharon K. Jackson, and Defendant, BLUE CRATES, LLC, by and through its attorney, Ayad Paul Jacob, pursuant to the Court's Docket Entry, dated April 8, 2022, files the following *Joint Status Report*.

The parties hereby respond to the information requested by the Court is as follows:

1. **Status of Bankruptcy Case filed by Blue Crates, LLC:**

    The parties ask that the Court consider the status of Blue Crates' bankruptcy provided by Brian Welch of Burke, Warren, MacKay & Serritella, P.C., Doorage Inc.'s counsel in Case No. 21-03984, incorporated herein as Attachment 1.

2. **Impact of Bankruptcy Case on Present Litigation**

    The Bankruptcy Case remains pending as a discharge order will not issue until the conclusion of the Subchapter V Plan of Reorganization. A post-confirmation hearing has been set by the Bankruptcy Court for September 22, 2022. The automatic stay remains in effect.

Dated: June 21, 2022

                                                    Respectfully submitted,

                                          By:    */s/ Sharon K. Jackson*
                                                        **Sharon K. Jackson, Attorney**

    Federal Bar No. 24043986 (TX SBN)
    7300 Brompton Road, #5334
    Houston, Texas 77025
    Telephone: 713/542-7491
    Email: Sharon@JacksonAttorney.net

    David L. Christlieb
    Littler Mendelson, P.C.
    321 N. Clark Street, Suite 1000
    Chicago, IL 60654
    Phone: 312/795-3264
    Email: DChristlieb@Littler.com

    David A. Oliver, Jr.
    Bar No. 15257510 (Texas)
    21122 Glen Willow Drive
    Tomball, Texas 77375
    Phone: 832/228-7354
    Email: David.A.Oliver.Jr@gmail.com

    ***Attorneys for Plaintiff, Doorage, Inc.***

    By: */s/ Ayad Paul Jacob*
    **Ayad Paul Jacob**
    No. 6280274
    Clark Jacob LLP
    2849 West 24th Blvd
    Chicago, Illinois 60623
    Phone: 312.972.3628
    Email: ayadpauljacob@clarkjacobllp.com

    James Clark
    No. 3125023
    Clark Jacob LLP
    2849 West 24th Blvd
    Chicago, Illinois 60623
    Phone: 312.315.7229
    Email: jamesclark@clarkjacobllp.com

    ***Attorneys for Defendant Blue Crates, LLC***